T.C. Summary Opinion 2008-153

UNITED STATES TAX COURT

JERRY L. LAMB, Petitioner <u>v</u>.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket No. 246-08S.                    Filed December 11, 2008.

This opinion was withdrawn by order dated
April 17, 2009.